## 67006, 67007. MUSCOGEE REALTY DEVELOPMENT CORPORATION et al. v. JEFFERSON COMPANY; and vice versa.

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, 252 Ga. 400 (314 SE2d 199) (1984), our decision in 168 Ga. App. 673 (310 SE2d 245) (1983) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke and Carley, JJ., concur.*

DECIDED APRIL 27, 1984.

*Carlton M. Henson*, for appellants.
*Lee R. Grogan, Lee R. Grogan, Jr.*, for appellee.